**No. 59587.**—Keepnews Importers, Inc., and M. Oettinger *v.* United States, protests 252967–K and 153818–K (New York).

Opinion by Johnson, J.  In accordance with stipulation of counsel that the merchandise consists of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 59588.**—Samuel Shapiro & Company, Inc. *v.* United States, protest 166841–K (Baltimore).

Opinion by Donlon, J.  At the trial, counsel for the plaintiff stated that he had not obtained, and there was considerable doubt that he could obtain, evidence necessary to prove his case.  The case having been docketed several times, plaintiff's request for a further continuance was denied, and the case was ordered submitted.  The protest was overruled, the court holding that there was no evidence of record sufficient to overcome the presumption of correctness attaching to the collector's action.

DECEMBER 14, 1955

**No. 59589.**—D. C. Andrews & Company, Inc. *v.* United States, protest 224445–K.———C. D. 1732.  Plaintiff's application for rehearing granted.

**No. 59590.**—Davies Turner & Company et al. *v.* United States, protest 218597–K, etc.— Plaintiffs' application for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 20, 1955

**No. 59591.**—S. S. Kresge Co., Inc., et al. *v.* United States, protests 28252–K, etc. (New York).

Opinion by Oliver, C. J.  In accordance with the stipulation of counsel that the items of merchandise marked "A" consist of animal or human figures, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim at 25 percent under paragraph 1403 was sustained.  The items marked "B," stipulated to consist of novelty figures, composed in chief value of papier mâché, were held dutiable at 12½ percent under said paragraph 1403, as modified, *supra*.